**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-1457**

SHIRLEY N. WASHINGTON,

Plaintiff - Appellant,

versus

MONTGOMERY COUNTY PUBLIC SCHOOL; MONTGOMERY
COUNTY BOARD OF EDUCATION,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, District Judge.
(8:04-cv-04002-PJM)

Submitted:  October 11, 2007        Decided:  October 15, 2007

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shirley N. Washington, Appellant Pro Se. Sharon Veronica Burrell,
COUNTY ATTORNEY'S OFFICE, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley N. Washington appeals the district court's order granting summary judgment to defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Washington v. Montgomery County</u>, No. 8:04-cv-04002-PJM (D. Md. filed Apr. 5, 2007 & entered Apr. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -